GARY M. RESTAINO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: craig.russell@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

**DEC 8 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

CR-22-2654-TUC-JGZ(MSA)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | INDICTMENT |
| Plaintiff, | Violation: 18 U.S.C. § 554<br>18 U.S.C. § 371<br>(Conspiracy to Smuggle Goods From the United States)<br>Count 1 |
| vs. | |
| 1. Jescan Manuel Portillo-Arguelles, | 18 U.S.C. § 554<br>(Smuggling Goods From the United States)<br>Count 2 |
| 2. Anthony Aguirre, | |
| Defendants. | Forfeiture Allegation<br>**(UNDER SEAL)** |

**THE GRAND JURY CHARGES:**

### COUNT 1

From a date unknown until on or about January 11, 2022, in the District of Arizona and elsewhere, JESCAN MANUEL PORTILLO-ARGUELLES and ANTHONY AGUIRRE, defendants herein, and co-conspirators not charged herein, did knowingly and intentionally, combine, conspire, confederate and agree with each other and with others, both known and unknown to the grand jury, to knowingly export and send from the United States, any merchandise, object, or article contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any way facilitate the transportation, concealment, and sale of such merchandise, article, or object, knowing the same to be

*United States of America v. Jescan Manuel Portillo-Arguelles et al.*
*Indictment Page 1 of 4*

intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a).

PURPOSE OF THE CONSPIRACY

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of firearms, ammunition, and other objects from the United States into the Republic of Mexico. The firearms, ammunition, and other objects smuggled or intended to be smuggled in the course of this conspiracy include:

- three FN SCAR 17S rifles, serial numbers H0C26209, H0C26227, and HC38750
- three Glock 19X pistols, serial numbers AGBX119, ADM5384, and BVHT684
- three FN SCAR rifle magazines
- nine Glock 19X pistol magazines
- five Rounds of ZQI 9mm caliber ammunition
- two FN SCAR 17S rifles, serial numbers HOC195A3 and HOC25082
- one Barret .50 caliber rifle, serial number removed

MEANS AND MANNER OF THE CONSPIRACY

The means and methods employed by the Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain Defendants and/or their co-conspirators would purchase firearms, ammunition, and other objects in the District of Arizona and elsewhere.

It was further part of the conspiracy that the Defendants and/or their co-conspirators who purchased the firearms, ammunition, and other objects made the purchase on behalf of other co-conspirators.

It was further part of the conspiracy that Defendants and/or their co-conspirators would provide the funds and directions to the purchasing Defendants and/or their co-conspirators to purchase firearms, ammunition, and other objects involved in the conspiracy.

*United States of America v. Jescan Manuel Portillo-Arguelles et al.*
*Indictment Page 2 of 4*

It was further part of the conspiracy that Defendants and/or their co-conspirators would provide the funds, instructions, and means of transportation and concealment to facilitate the purchase of these firearms, ammunition, and other objects.

It was further part of the conspiracy that the Defendants and/or their co-conspirators would transport and store these firearms, ammunition, and other objects within the District of Arizona with the knowledge that the firearms and ammunition were intended to ultimately be transported from the United States into the Republic of Mexico, and/or transport the firearms and ammunition from the United States into the Republic of Mexico.

It was further part of the conspiracy that the Defendants and/or their co-conspirators did not have a valid license or other authority to export the firearms and ammunition from the United States into the Republic of Mexico.

## OVERT ACTS

In furtherance of the conspiracy, one or more of the Defendants and/or their co-conspirators committed and caused to be committed the following overt acts:

a.    On January 10, 2022, JESCAN MANUEL PORTILLO-ARGUELLES attempted to exit the United States to Mexico with the following items concealed in his vehicle:

- three FN SCAR 17S rifles, serial numbers H0C26209, H0C26227, and HC38750
- three Glock 19X pistols, serial numbers AGBX119, ADM5384, and BVHT684
- three FN SCAR rifle magazines
- nine Glock 19X pistol magazines
- five Rounds of ZQI 9mm caliber ammunition

b.    On or about January 11, 2022, ANTHONY AGUIRRE stored in his residence the following firearms knowing they were going to be further illegally exported to Mexico.

- two FN SCAR 17S rifles, serial numbers HOC195A3 and HOC25082
- one Barret .50 caliber rifle, serial number removed

*United States of America v. Jescan Manuel Portillo-Arguelles et al.*
*Indictment Page 3 of 4*

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about January 10, 2022, in the District of Arizona, JESCAN MANUEL PORTILLO-ARGUELLES, did fraudulently and knowingly export and send from the United States, and attempt to export and send from the United States into the Republic of Mexico, any merchandise, article, or object, that is:

- three FN SCAR 17S rifles, serial numbers H0C26209, H0C26227, and HC38750
- three Glock 19X pistols, serial numbers AGBX119, ADM5384, and BVHT684
- three FN SCAR rifle magazines
- nine Glock 19X pistol magazines
- five Rounds of ZQI 9mm caliber ammunition

which is contrary to the laws and regulations of the United States, to wit: Title 22, United States Code, Section 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1, and did receive, conceal, buy, sell and did in any manner facilitate the transportation, concealment, and sale of such merchandise, article, and object, prior to exportation, knowing the same to be intended for exportation, which is contrary to the laws and regulations of the United States;

All in violation of Title 18, United States Code, Section 554.

A TRUE BILL

_/s/_

Presiding Juror

GARY M. RESTAINO
United States Attorney
District of Arizona

Redacted for public
disclosure

_/s/_

Assistant U.S. Attorney

Dated:  December 8, 2022

*United States of America v. Jescan Manuel Portillo-Arguelles et al.*
*Indictment Page 4 of 4*